ACCEPTED
04-14-00814-CR
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
6/9/2015 10:01:59 PM
KEITH HOTTLE
CLERK

## NO. 04-14-00814-CR

| | | |
|---|---|---|
| **JACOB R. SONGER** | § | **IN THE FOURTH DISTRICT** |
| | § | |
| **v.** | § | **COURT OF APPEALS** |
| | § | |
| **STATE OF TEXAS** | § | **SAN ANTONIO, TEXAS** |

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
06/09/15 10:01:59 PM
KEITH E. HOTTLE
Clerk

## MOTION FOR EXTENSION OF TIME TO FILE STATE'S BRIEF

TO THE HONORABLE JUDGES OF THE FOURTH COURT OF APPEALS:

NOW COMES Don Allee, County Attorney of Kendall County and Counsel for the State of Texas, and files this Motion asking that the Court extend the time for filing the State's brief.

Jacob Songer, Appellant, filed a notice of appeal on November 4, 2014. The Clerk's Record was filed on February 2, 2015, and the Reporter's Record was filed December 11, 2014. Appellant's brief was originally due on January 9 2015. After two motions for extension of time were granted, Appellant's brief was filed May 11, 2015. Appellee's brief is due June 10, 2015. This is Appellee's first motion for extension and the State requests a 30 day extension.

This extension is not sought for the purpose of delaying this appeal. State requests an extension for the following reasons:

1) Counsel would like more time to research and write this brief. The appellant did not timely request findings of facts and conclusions of law, and in the absence of such, the Appellant's brief makes statements the State needs more time to research in order to respond appropriately.

2) Counsel has recently been handling all criminal misdemeanor intake for Kendall County.

3) Counsel has recently been consulting on legislation proposed during the 84th legislative session regarding the redistricting of Kendall County.

4) Counsel and one other attorney are responsible for all criminal misdemeanor prosecutions, felony and misdemeanor juvenile prosecutions, Justice of the Peace criminal prosecutions, and protective order applications. The State has had numerous settings under these responsibilities the past 30 days.

Therefore, counsel respectfully asks the Court to grant this extension of time to file the State's brief in this case.

WHEREFORE, PREMISES CONSIDERED, Counsel for the State prays that the Court grant an extension of time to July 20, 2015, for filing the State's brief pursuant to Texas Rules of Appellate Procedure 10.5(b) and 38.6(d).

Respectfully submitted,

Don Allee
County Attorney
Kendall County, Texas

*/s/ Nicole S. Bishop*

_____
**Nicole S. Bishop**
State Bar No. 24066071
Assistant County Attorney
201 East San Antonio, Suite 306
Boerne, Texas 78006
Phone: (830) 249-9343
Fax: (830) 249-4176
Email:nicole.bishop@co.kendall.tx.us
Attorney on Appeal

## <u>CERTIFICATE OF SERVICE</u>

I, Nicole S. Bishop, Assistant County Attorney, Kendall County, Texas, certify that a copy of the foregoing motion was served to Appellant's counsel, Harold J. Danford and John H. Mathews,  at hdanford@ktc.com, on this 9th day of June, 2015.


*/s/ Nicole S. Bishop*

_____

**Nicole S. Bishop**